UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL DWAYNE RODGERS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GREG MUNKS, San Mateo County Sheriff, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C 13-2116 MEJ (pr)<br><br>**ORDER DENYING PLAINTIFF'S MOTIONS TO COMPEL; GRANTING DEFENDANTS' MOTION FOR PROTECTIVE ORDER; DENYING PLAINTIFF'S RENEWED MOTIONS FOR APPOINTMENT OF COUNSEL; DENYING PLAINTIFF'S MOTION FOR TRIAL**<br><br>Doc. Nos. 21, 22, 29, 39, 40 |

　　　Plaintiff Russell Dwayne Rodgers filed a pro se civil rights action under 42 U.S.C. § 1983 complaining of conditions at the San Mateo County jail, where he is incarcerated. On June 28, 2013, the Court issued an Order of Partial Service, finding that Plaintiff's due process claim was not cognizable and that his Eighth Amendment claim for the denial of hygiene supplies was cognizable. The Court ordered service of the Eighth Amendment claim on Defendants Sheriff Munks, Lt. Kankel, Lt. Copeland and Sgt. Justice.

　　　Plaintiff has filed two motions to compel discovery (doc. nos. 22, 39); and Defendants have filed a motion for a protective order, precluding Plaintiff from taking the deposition of Defendant Sheriff Munks (doc. no. 29). Also before the Court are Plaintiff's third and fourth motions for appointment of counsel (doc. nos. 21, 39) and Plaintiff's motion for trial (doc. no. 40).

　　　On September 27, 2013, Defendants filed a motion to dismiss the action for failure to exhaust administrative remedies. Plaintiff has already filed his opposition to the motion to

dismiss. Therefore, at this juncture, no discovery appears to be required. Accordingly, all discovery is STAYED until the Court rules on Defendants' motion to dismiss. Plaintiff's motions to compel are DENIED without prejudice to Plaintiff re-filing such requests if the stay is lifted. Defendants' motion for a protective order is GRANTED.

The Court will rule on Defendants' motion to dismiss by separate order. If, upon review of Plaintiff's opposition to Defendants' motion to dismiss and Defendants' reply thereto it becomes apparent that the issues cannot be resolved without narrowly tailored discovery, the Court will permit such discovery at that time and defer ruling on the motion until such discovery is conducted.

For the reasons stated in the Court's prior orders, Plaintiff's renewed requests for appointment of counsel are DENIED. Plaintiff's motion to set trial is DENIED as premature.

This order terminates Docket Nos. 21, 22, 29, 39, and 40.

IT IS SO ORDERED.

DATED: October 28, 2013

Maria-Elena James

United States Magistrate Judge