UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL DWAYNE RODGERS,<br><br>  Plaintiff,<br><br>  v.<br><br>GREG MUNKS, San Mateo County Sheriff, et al.,<br><br>  Defendants. | No. C 13-2116 MEJ (pr)<br><br>**INSTRUCTIONS TO CLERK TO RE-FILE DOCKET NO. 57 IN C 13-5384** |

Plaintiff Russell Dwayne Rodgers filed this pro se civil rights action under 42 U.S.C. § 1983 complaining of conditions at the San Mateo County jail, where he is incarcerated. On November 13, 2013, he filed a notice of voluntary dismissal of his complaint in a later-filed case Rodgers v. Munks, et al., C 13-5384 MEJ (pr). Because the later case had not yet been opened, the Clerk inadvertently filed the notice in this case. Accordingly, the Clerk shall file the notice of voluntary dismissal that was filed as docket number 57 in the instant case, in plaintiff's later case, C 13-5384 MEJ (pr).

IT IS SO ORDERED.

DATED: December 2, 2013



Judge Maria-Elena James